622

387 A.2d 920

Commonwealth v. Robinson, Appellant.

Argued September 20, 1977.
George T. Guarnieri, for appellant; Shelley Robins New, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.